IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN ALEXANDER WAGNER, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 25-cv-717-SMY |
| ROBERT COMPARIN, et al., | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Gilbert C. Sison (Doc. 47), recommending the denial Plaintiff's First Motion for Preliminary Injunction (Doc. 2) and dismissal of Defendant Anthony Wills. Plaintiff did not file an objection to Judge Sison's Report, opting instead to move for leave to file an Amended Complaint (Doc. 54). For the following reasons, Judge Sison's Report and Recommendation is **ADOPTED**.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report for clear error. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, after a thorough review of the record and arguments presented by the parties, Judge Sison concluded that Plaintiff's request for an injunction requiring the defendant employees at

Menard Correctional Center to provide him medical care became moot upon Plaintiff's transfer from Menard. Doc. 47 at 5. Judge Sison further concluded that Defendant Wills, who had been retained in the case in his official capacity as warden of Menard solely to implement any potential injunctive relief, should be dismissed as a party. *Id.* at 6. The Court finds no clear error in Judge Sison's findings, analysis and conclusions, and adopts his Report and Recommendation in its entirety.

Accordingly, Plaintiff's Motion for Preliminary Injunction (Doc. 2) is **DENIED**. Additionally, Defendant Anthony Wills is **DISMISSED** as a party **WITHOUT PREJUDICE**. Plaintiff's remaining claims against Defendants Comparin, Moldenhauer, and Crane shall proceed.

IT IS SO ORDERED.

DATED:  November 10, 2025

                                                                                        **STACI M. YANDLE**
                                                                                        United States District Judge