IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN ALEXANDER WAGNER, #Y27431, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 25-cv-00717-SMY |
| | ) |
| ROBERT COMPARIN, | ) |
| MICHAEL MOLDENHAUER, and | ) |
| JILIAN CRANE, | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on Plaintiff John Alexander Wagner's Motion for Leave to File Amended Complaint (Doc. 54) and Motion for Supplemental Complaint (Doc. 59). Defendants have not responded to the motions. Plaintiff seeks leave to amend the Complaint to add several defendants; dismiss one improperly named defendant (Jilian Crane) and replace her with Angela Crain (Health Care Unit Administrator); and identify the dismissed John Doe Defendant[1] as Menard Lt. Curran (Doc. 54).

The statement of claim in the proposed amended complaint spans 32 pages (Doc. 54-1, pp. 4-38). That length alone runs afoul of Federal Rule of Civil Procedure 8(a)(2), which requires "a *short and plain* statement of the claim showing that the pleader is entitled to relief" (emphasis added). Additionally, Rule 8(d)(1) requires: "Each allegation must be simple, concise, and direct." The proposed pleading also ignores the Court's direction that piecemeal amendments are not accepted (Doc. 41, p. 3). On multiple pages, Plaintiff states that he "realleges and reincorporates

---

[1] The John Doe Defendant was dismissed in the Court's May 14, 2025 Order (Doc. 10).

1

his original Complaint as if fully restated" (Doc. 54-1, pp. 13, 15, 24-25, 27, 29-31, 34-38).  Such incorporation by reference is not permitted and fails to comply with Rule 8 requirements.  Finally, Plaintiff did not underline the new material in his proposed pleading as directed (See Doc. 41, p. 3).

For the foregoing reasons, the Motion for Leave to File Amended Complaint (Doc. 54) is **DENIED in part** insofar as the proposed amended pleading will not be filed.  However, to the extent the motion as seeks to substitute Angela Crain in place of Jilian Crane, the motion is **GRANTED in part** to effectuate that substitution.  Defendant Jilian Crane is **DISMISSED** from the action without prejudice.  The Clerk is **DIRECTED** to **TERMINATE** Jilian Crane as a party and **ADD** Angela Crain (Health Care Unit Administrator) as a defendant in her place.  The Clerk is **FURTHER DIRECTED** to serve Angela Crain according to the instructions in Doc. 10 and shall include a copy of this Order.

The Motion for Supplemental Complaint, which consists only of 62 pages of exhibits (Doc. 59), is **DENIED**.  Plaintiff may include relevant exhibits when responding to Defendants' motions.

**IT IS SO ORDERED.**

DATED:  December 2, 2025

                                              *s/ Staci M. Yandle*
                                              **STACI M. YANDLE**
                                              **United States District Judge**